U.S. Bank N.A. v Almi Funding LLC Series 517 W46 LLC (2025 NY Slip Op 01199)

U.S. Bank N.A. v Almi Funding LLC Series 517 W46 LLC

2025 NY Slip Op 01199

Decided on March 04, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 04, 2025

Before: Kern, J.P., Singh, Friedman, Scarpulla, Shulman, JJ. 

Index No. 850101/19|Appeal No. 3818 M-0055|Case No. 2024-03136|

[*1]U.S. Bank National Association etc., et., al., Plaintiffs-Respondents,
v
Almi Funding LLC Series 517 W46 LLC Sued Herein as Almi Funding LLS Series 517 W46 LLC, Defendant-Appellant, L.T. CW 105 LLC et al., Defendants.

Rosenberg Fortuna & Laitman, LLP, Garden City (Christopher Villanti of counsel), for appellant.
Hinshaw & Culbertson, LLP, New York (Gabrielle B. Mannuzza of counsel), for respondents.

Order, Supreme Court, New York County (Francis A. Kahn III, J.), entered on or about April 4, 2024, which denied the motion of nonparty Almi Funding LLC (Almi) to, inter alia, vacate a judgment of foreclosure and sale and dismiss the complaint as against defendant Almi Funding LLC Series 517 W46 LLC (Almi Series) pursuant to CPLR 5015(a)(4) and 3211(a)(8), unanimously modified, on the law, to remand the matter for a determination of whether Almi has standing to contest jurisdiction over defendant Almi Series, and if so whether service was proper, and otherwise affirmed, without costs.
The motion court should not have found, sua sponte, that Almi lacked standing to contest service upon Almi Series (see Misicki v Caradonna, 12 NY3d 511, 519 [2009]; Andron v City of New York, 117 AD3d 526, 527 [1st Dept 2014]). Accordingly, the matter should be remanded to allow Almi to submit evidence of standing, to give plaintiff an opportunity to respond, and for further proceedings on the issue of service.
M-2025-00055 U.S. Bank National Assoc. v Almi Funding LLC Series 517 W46 LLC et al.
Motion for stay of enforcement of the judgment, denied as moot.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 4, 2025